UNITED STATES DISTRICT COURT
Eastern District of Virginia

FILED
JAN 28 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

EDDIE A BANKS
    Petitioner,

v.

GENE JOHNSON, et al.
    Respondent(s).

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

Case Number: __3:07CV746__

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636 (c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their right to proceed before a United States district judge and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| Robert H. Anderson, III | 1/25/08 |
| Petitioner/Counsel | |
| *[signed] Robert H. Anderson* | 1-25-08 |
| Respondent/Counsel | |

The undersigned party hereby declines to consent to jurisdiction in this civil action.

_____
Petitioner/Respondent/Counsel

### APPEAL

Any appeal shall be taken to the United States Court of Appeals, in accordance with 28 U.S.C. §636 (c), as amended.

### NOTICE OF OPPORTUNITY TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE

In accordance with the provision of 28 U.S.C. § 636 (c) and Fed.R.Civ.P. 73, you are notified that the United States magistrate judges of this court, upon the consent of the parties in a civil case, may conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgement.

Your decision to consent, or not to consent, to the referral of your case to a United States magistrate judge for disposition is voluntary. You are free to withhold consent without adverse substantive consequences. No district judge or magistrate judge will be informed of a party's response to this notification unless all parties have consented to the referral of the case to a magistrate judge.

In accordance with 28 U.S.C.§ 636 (c), as amended, the appeal from a judgment entered upon direction of a magistrate judge will lie to the court of appeals.