# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

Spottswood W. Robinson III and Robert R. Merhige, JR. Federal Courthouse
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

**FERNANDO GALINDO**
**CLERK**

Telephone: Area Code 804
Administrative 916-2200
Jury-Financial 916-2212
Criminal 916-2230
Civil 916-2220

August 18, 2009

TO: Prince William County Circuit Court
Clerk's Office
9311 Lee Ave.
Manassas, VA 20110
703-792-6015

FROM: Clerk's Office, U. S. District Court

RE: Eddie A. Banks vs. Gene johnson
3:07CV746



RECEIVED
SEP 16 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

The above-styled case has been closed by this Court and, therefore, we are returning the state court records you previously forwarded to us. Please note your receipt on the second copy of the letter and return it to us. If you have any questions, call the civil section at the above number.

Thank you.

/s/ tdai

STATE COURT RECORDS RECEIVED

_____
Date

By: September 14, 2009